IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:22-cr-00295-MHT |
| | ) | (WO) |
| CALVIN K. CHERRY | ) | |

## AMENDED FINAL ORDER OF FORFEITURE

Now pending before the court is the government's motion to amend the final order of forfeiture.

On February 28, 2023, this court entered a final order of forfeiture (Doc. 52) forfeiting the following property to the United States: a Taurus, model Spectrum, .380 caliber pistol, bearing serial number 1F112630; a Taurus, model 605, .357 caliber pistol, bearing serial number LO57191; a Taurus, model PT140 Millennium, .40 caliber pistol, bearing serial number NCV01027; a Smith & Wesson, model 10-7, .38 caliber pistol, bearing serial number 15D7877; and ammunition.

The description of the Taurus, model PT140 Millennium, .40 caliber pistol, bearing serial number NCV01027 contained a typo and should instead read "Taurus, model PT145 Pro, .45 caliber pistol, bearing serial number NCV01027." The clerical error did not affect the notice of the forfeiture sent to potential claimant Koti Amaad Dunn.

It is ORDERED that the government's motion to amend the final order of forfeiture (Doc. 53) is granted as follows:

1.  The following property is hereby forfeited to the United States pursuant to 18 U.S.C. §§ 924(d)(1) and 981(a)(1)(C), 21 U.S.C. § 853(a), and 28 U.S.C. § 2461: **a Taurus, model Spectrum, .380 caliber pistol, bearing serial number 1F112630; a Taurus, model 605, .357 caliber pistol, bearing serial number LO57191; a Taurus, model PT145 Pro, .45 caliber**

**pistol, bearing serial number NCV01027; a Smith & Wesson, model 10-7, .38 caliber pistol, bearing serial number 15D7877; and ammunition**.

      2.      All right, title, and interest to the property described above is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

      3.      The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

      4.      The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

      DONE, this the 25th day of April, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE